AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

2013 JUL 22 P 3: 50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>DAVID MCCORMICK<br><br>*Defendant(s)* | Case No. 3 13 70820 JCS<br><br>MAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 21, 2013__ in the county of __Marin__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 14 USC 88(c) | Communicating False Distress |
| 18 USC 2237(a)(1) | Failure to Heave to |
| 18 USC 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Brandon D. Trinidad

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Brandon D. Trinidad
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/22/13

_____
Judge's signature

City and state: San Francisco, California

Magistrate Judge Joseph C. Spero
Printed name and title

I, Brandon D. Trinidad, being duly sworn, depose and state:

1. I am a Special Agent with the Department of Homeland Security, U.S. Coast Guard Investigative Service (CGIS) and have been so employed since 2009. I am currently assigned to the CGIS Pacific Region, Alameda, CA. Among other things, I am responsible for conducting criminal investigations of potential violations of the Uniform Code of Military Justice (UCMJ) and US Federal Laws. During my tenure as a Special Agent, I have participated in numerous maritime investigations, including homicide, false distress and environmental pollution investigations.

2. I make this affidavit based upon personal knowledge, from information obtained from other special agents and responding officers, a subject interview, witness interviews, and photos and audio recordings.

3. This affidavit is made in support of a criminal complaint. For the reasons contained herein, I submit there is probable cause to believe that **DAVID MCCORMICK** committed the following violations: 14 U.S.C. § 88(c) (Communicating False Distress), 18 U.S.C. § 2237(a)(1) (Failure to Heave to) and 18 U.S.C. § 111(a) (Assault on a Federal Officer).

## LEGAL FRAMEWORK

4. Pursuant to Title 14 U.S.C. § 88(c), it is a violation of US Code to knowingly and willfully communicate a false distress message to the Coast Guard or to cause the Coast Guard to attempt to save lives and property when no help is needed.

5. Pursuant to 18 U.S.C § 111(a)(1), it is a violation of US Code to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in § 1114 of Title 18 while engaged in or on account of performance of official duties. Section 1114

defines "any person" as "any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services)." The USCG is a uniformed service.

6. Pursuant to 18 U.S.C § 2237(a)(1), it is a violation of US Code "for the master, operator, or person in charge of a vessel of the United States, or a vessel subject to the jurisdiction of the United States, to knowingly fail to obey an order by an authorized Federal law enforcement officer to heave to that vessel."

7. The USCG is charged with enforcing the laws of the United States and is empowered under 14 U.S.C. §89(a) to board ships and conduct regular inspections and investigations of potential violations. Under 14 U.S.C. § 89(a), U.S. Coast Guard personnel may:

> [M]ake inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, for the prevention, detection, and suppression of violations of laws of the United States. For such purposes, commissioned, warrant, and petty officers may at any time go on board of any vessel subject to the jurisdiction, or to the operation of any law, of the United States, address inquiries to those on board, examine the ship's documents and papers, and examine, inspect, and search the vessel and use all necessary force to compel compliance.

## FACTUAL BASIS

8. At approximately 0900 hours on July 21 2013, Sector San Francisco Command Center received a mayday from a male voice with an Australian accent saying "Mayday relay, Mayday relay, spots overboard, oh he's over mate and he needs some help. He's over, um, in the fog somewhere in the Bay, I don't know where, but I'm trying to search for him so if you boys got a pretty quick boat to whip over here, get over here, jiffy, cheers buddy thanks."

9.  In response to this call, the Coast Guard launched a helicopter to search the area.

10. At approximately 1200 hours, after documenting response times of various agencies, MCCORMICK contacted USCG Sector San Francisco indicating the drill was over and his "best mate" had been found.

11. At approximately 1230 hours, MCCORMICK activated his Sailing Vessel (S/V) Emergency Position-Indicating Radio Beacon (EPIRB).

12. The USCG requested to come onboard and conduct a safety inspection of his S/V. MCCORMICK refused and told the Federal Officers "this is a peace ship and any attempt to board my vessel is an act of war."

13. MCCORMICK also told Federal Officers that he had ordnance onboard his vessel to defend himself. Then MCCORMICK cut his anchor line and raised his sails attempting to evade a boarding by the USCG. For approximately 6 hours, the Coast Guard released several vessels to pursue MCCORMICK.

14. At approximately 1900 hours, crewmembers from the Coast Guard Cutter SOCKEYE, an 87' vessel, pulled alongside the S/V and instructed MCCORMICK to pull his sails and prepare to be boarded. MCCORMICK instructed the Federal Officers once again, "it is an act of war to board my vessel and I will defend myself if I have too."

15. At approximately 1915 hours, several Federal Officers boarded MCCORMICK's vessel, at which time MCCORMICK told the Officers to remove their duty weapon belts. The lead Federal Officer told MCCORMICK he needed to listen to his commands and his voyage was being terminated. MCCORMICK became upset, raised his fist as the officer attempted to handcuff him, then flailed his open hands, striking the Federal Officer

approximately three times in the face. Federal Officers subdued, restrained and transferred MCCORMICK to USCG Station Golden Gate.

16. After listening to the mayday call and speaking with MCCORMICK, I believe that MCCORMICK made the call based on the sound of his voice.

17. Based on the above information, I have probable cause to believe DAVID MCCORMICK violate 14 U.S.C. § 88(c) (Communicating False Distress), 18 U.S.C. § 2237(a)(1) (Failure to Heave to) and 18 U.S.C. § 111(a) (Assault on a Federal Officer).

Dated this 22th day of July 2013,

_____
Brandon D. TRINIDAD
Special Agent
United States Coast Guard Investigative Service
Pacific Region, Alameda, CA

Subscribed and sworn before me this 22th day of July, 2013.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE