Department of Justice
AGREEMENT FOR PRE-TRIAL DIVERSION

United States of America

v.

DAVID MCCORMICK

Defendant's Address:

New Zealand

Court No. 13-MJ-70820 JCS

It appearing that you are reported to have committed offenses against the United States on or about July 21, 2013, in violation of Title 14, United States Code, Section 88(c), and Title 18, United States Code, Sections 111 and 2237, and it further appearing, after an investigation of the offense and your background, that the interest of the United States, your own interest, and the interest of justice will be best served by the following procedure; therefore:

On the authority of the Attorney General of the United States, by MELINDA HAAG, United States Attorney for the Northern District of California, prosecution in this District for the above offenses shall be deferred for the period of 18 months from this date, provided you abide by the following conditions and requirements.

### CONDITIONS OF PRE-TRIAL DIVERSION

(1) You shall not violate any law: federal, state, or local.

(2) You agree to be removed from the United States.

(3) You shall not re-enter the United States without permission or authority from the Attorney General of the United States or the United States Secretary for Homeland Security.

Should you violate the conditions of this program, the United States Attorney may revoke or modify any of the conditions of this program or change the period of supervision, which shall in no case exceed eighteen months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate any of the conditions, furnishing you with notice specifying the conditions of the program which you have violated.

If, upon completion of your period of supervision, you complied with all the conditions mentioned above, no prosecution for the offenses set out on page one of this Agreement will be

1

instituted in this District, and any complaint, indictment, or information will be discharged.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the pre-trial diversion program will be used against you, except for impeachment purposes, in connection with any prosecution for the above described offense. Any statement made by you in this Agreement will not be admissible on the issue of guilt in any subsequent proceeding.

MELINDA HAAG
United States Attorney

DATE: August 2, 2013

_____
Elise Becker
Assistant United States Attorney

  I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I am also aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information, or in bringing a defendant to trial.

  I hereby request that the United States Attorney for the Northern District of California defer any prosecution of me for the violations set out on page one of this Agreement for the stated period of months, and to induce her to defer such prosecution I agree and consent that any delay from the date of this Agreement to the date of the initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request. I further waive any defense to such prosecution on the ground that such delay operated to deny my rights to a speedy trial under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States, or that prosecution was barred by reason of the running of the statute of limitations for the period of months which is the period of this Agreement.

  I hereby state that the above has been read and explained to me. I understand the conditions of my pre-trial diversion and agree that I will comply with them.

DATED: August 2, 2013

              DAVID MCCORMICK
              Defendant

DATED: August 2, 2013

              JODI LINKER
              Attorney for David McCormick