MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 13-MJ-70820 JCS |
|     Plaintiff, | NOTICE OF DISMISSAL |
|     v. | |
| DAVID MCCORMICK, | |
|     Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: 2/12/2015

                                                                              Respectfully submitted,

                                                                              MELINDA HAAG
                                                                              United States Attorney

                                                                              /s/
                                                                              DAVID R. CALLAWAY
                                                                              Chief, Criminal Division

NOTICE OF DISMISSAL (CR 13-MJ-70820 JCS)

1  Leave is granted to the government to dismiss the complaint without prejudice. It is further
2  ordered that the arrest warrant issued in connection with the complaint is quashed.

Date: _____

JOSEPH C. SPERO
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 13-MJ-70820 JCS)